APPEAL No. 76-52. RHODE ISLAND HOSPITAL TRUST NATIONAL BANK, *Trustee u/w of Laura Sims v.* RICHARD J. ISRAEL, *Attorney General, et al.* The motion of the Rhode Island Lung Association to remand this case to the Superior Court is denied. Kelleher, J., not participating. *Robert B. Gates,* for petitioner. *Adolph Anderson, Charles Drummey,* for Rhode Island Lung Association. *Charles McGovern,* for Children's Friend and Services, for defendant.

APPEAL No. 76-323. JACENTO ROSA AND MARIA F. ROSA *v.* JOHN OLIVEIRA. The defendant's motion for an extension of time to file his brief is granted. Said brief shall be filed on or before August 19, 1977. This is positively the last extension which will be granted. *Gerard DeCelles, James D. Levitt,* for petitioner. *John Oliveira,* pro se, defendant.

APPEAL No. 76-455. RHODE ISLAND LUNG ASSOCIATION *et al. v.* DR. JOSEPH P. CANNON *et al.* The motion for special assignment is denied. *Thomas C. Mullaney, Harold R. Ward,* for petitioner. *Thomas J. Grady,* for defendant.